UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

MAGDA QUESADA,
and LUIS QUESADA,

    Plaintiffs,

      Case No. 21-cv-1402-pp

v.

DENIS MCDONOUGH,

    Involuntary Plaintiff,

v.

WALMART, INC.,
WAL-MART REAL ESTATE BUSINESS TRUST,
and WAL-MART STORES EAST LP,

    Defendants.

---

**ORDER DISMISSING CASE**

---

The parties have filed a Stipulation for Dismissal With Prejudice. Dkt. No. 30. The court **APPROVES** the parties' stipulation and **ORDERS** that this case is **DISMISSED WITH PREJUDICE**, without costs or fees awarded to any party.

Dated in Milwaukee, Wisconsin this 23rd day of January, 2024.

    BY THE COURT:

    _____
    **HON. PAMELA PEPPER**
    **Chief United States District Judge**

1